UNITED STATES, Appellant/Cross-Appellee

v.

Joshua KATSO, Appellee/Cross-Appellant

No. 17-0327/AF

U.S. Court of Appeals for
the Armed Forces.

August 18, 2017

CCA 38005

DAILY JOURNAL
Petitions for Grant of Review Denied

U.S.

v.

Clarence ANDERSON III

No. 17-0429/AF

U.S. Court of Appeals for
the Armed Forces.

August 18, 2017

CCA 39023

DAILY JOURNAL
Petitions for Grant of Review Denied

U.S.

v.

Raiden J. ANDREWS

No. 17-0480/NA

U.S. Court of Appeals for
the Armed Forces.

August 18, 2017

CCA 201600208

DAILY JOURNAL
Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States Navy-Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

THE LOWER COURT FOUND SEVERE PROSECUTORIAL MISCONDUCT. THEN IT AFFIRMED THE FINDINGS AND SENTENCE, GIVING ITS IMPRIMATUR TO THE PROSECUTORIAL MISCONDUCT IN APPELLANT'S CASE. DID THE LOWER COURT ERR?

Briefs will be filed under Rule 25.